NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REGENTS OF THE UNIVERSITY OF MINNESOTA,**
*Plaintiff-Appellee,*

v.

**AGA MEDICAL CORPORATION,**
*Defendant-Appellant.*

---

2012-1180

---

Appeal from the United States District Court for the District of Minnesota in case no. 07-CV-4732, Judge Patrick J. Schiltz.

------------------------------------------------

---

**REGENTS OF THE UNIVERSITY OF MINNESOTA,**
*Plaintiff-Appellant,*

v.

**AGA MEDICAL CORPORATION,**
*Defendant-Appellee*

---

2012-1167

---

Appeal from the United States District Court for the District of Minnesota in case no. 07-CV-4732, Judge Patrick J. Schiltz.

---

## ON MOTION

---

### O R D E R

The parties jointly move to voluntarily dismiss appeal no. 2012-1180.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss 2012-1180 is granted. The revised official caption in 2012-1167 is reflected above.

(2) Each side shall bear its own costs in 2012-1180.

(2) All other pending motions are moot.

FOR THE COURT

**MAR 0 2 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  J. Derek Vandenburgh, Esq.
     Kevin D. Conneely, Esq.

s21

Issued As A Mandate (As To 2012-1180 Only): **MAR 0 2 2012** _____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 2 2012

JAN HORBALY
CLERK